UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE



U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2015 NOV 18 P 2: 22

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. 1:15-cr-211-01-SM |
| ) | |
| GENERAL LINEN SERVICE, LLC ) | |
| of Somersworth, New Hampshire, formerly ) | |
| known as General Linen Service Co., Inc ) | |

## INFORMATION

The United States Attorney charges:

Starting in or about September 2009, and continuing to on or about April 8, 2010, in the District of New Hampshire and elsewhere, defendant,

**GENERAL LINEN SERVICE, LLC of Somersworth, New Hampshire,
formerly known as General Linen Service Co., Inc.,**

intentionally accessed a computer without authorization, and thereby obtained information from a protected computer, and the offense was committed for purposes of commercial advantage and private financial gain, in violation of 18 U.S.C. § 1030(a)(2)(C) and (c)(2)(B)(i).

November 18, 2015

Donald Feith
Acting United States Attorney

By: _____
Arnold H. Huftalen
Assistant U.S. Attorney