## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | )  No. 1:15-cr-00211-SM |
| GENERAL LINEN SERVICE, LLC of | ) |
| Somersworth, New Hampshire, formerly | ) |
| known as General Linen Service Co., Inc. | ) |
| | ) |
| | ) |

### WAIVER OF AN INDICTMENT

I understand that General Linen Service, LLC of Somersworth, New Hampshire,

formerly known as General Linen Service Co., Inc. ("General Linen Somersworth") has

been accused of one or more offenses punishable by imprisonment for more than one

year.  Having been advised by counsel for General Linen Somersworth of the nature of

the charge and of General Linen Somersworth's right to be prosecuted by indictment,

and having been authorized to act on behalf of General Linen Somersworth, I waive

General Linen Somersworth's right to prosecution by indictment and consent to

prosecution by information.

Date: November 18, 2015

General Linen Somersworth
By:  Daniel Bresnahan
Title:  Director of Finance and Administrator


Dennis J. Kelly, Esq. (*pro hac vice* pending)
Paul R. Mastrocola, Esq. (*pro hac vice* pending)
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
617-345-3000


Donald J. Perrault (Bar #2003)
Joseph G. Mattson (Bar # 19287)
Wadleigh, Starr & Peters, P.L.L.C.
95 Market Street
Manchester, NH 03101
603-669-4140


United States District Court, Justice

4825-1693-3419.1